# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JULIO ALEXANDER GUZMAN-VASQUEZ,<br><br>　　　　　　　Defendant. | CASE NO. 12-cr-05020-BTM<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_x_　an indictment has been filed in case FǦ´ã€GGGËÑÚRÁagainst the defendant á^äÁthe Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Indictment/Information:

　　8:1326(a) and (b) - Removed Alien found in the United States (Felony)(1)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/24/13

　　　　　　　　　　　　　　　　　_Barbara L. Major_
　　　　　　　　　　　　　　　　　Barbara L. Major
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge